**Petition Denied and Memorandum Opinion filed October 28, 2021.**



In The

## Fourteenth Court of Appeals

### NO. 14-21-00336-CV

### ALICE ADRIANNE JARMAN, Appellant

### V.

### BELINDA DIANNE JARMAN BROWN COSBY AND CHERYL LYNN JARMAN FOSTER, Appellees

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 441992-401**

### MEMORANDUM OPINION

Appellant Alice Adrianne Jarman petitions this court to allow a permissive interlocutory appeal of the trial court's June 3, 2021 amended order denying appellant's motion for summary judgment.

To be to a permissive appeal from an interlocutory order that would not otherwise entitled be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a

substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d); *see also* Tex. R. App. P. 28.3(a), (e)(4); Tex. R. Civ. P. 168. After reviewing the petition, the record, appellees' response, and appellant's reply, we conclude that the petition does not meet the requirements for a permissive interlocutory appeal.

Accordingly, we deny the petition for permissive interlocutory appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.